Clear Form

FILED
JUL 2 - 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Faraday's Inc. Plaintiff,           )   CASE NO. 19 03839 DMR
                                    )
vs.                                 )   APPLICATION TO PROCEED
                                    )   IN FORMA PAUPERIS
                                    )   (Non-prisoner cases only)
Spartan Wear Inc. Defendant.        )

I, Antonio Marks, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _2012 in PRC ½ China  35k RMB/month_
3  _____
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7     a.   Business, Profession or                Yes ✓  No ___
8          self employment?
9     b.   Income from stocks, bonds,             Yes ___ No ✓
10         or royalties?
11    c.   Rent payments?                         Yes ___ No ✓
12    d.   Pensions, annuities, or                Yes ___ No ✓
13         life insurance payments?
14    e.   Federal or State welfare payments,     Yes ___ No ✓
15         Social Security or other govern-
16         ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  _$10k USD Services to Faraday's Inc._
20  _____

21  3.   Are you married?                          Yes ___ No ✓
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____  Net $_____
26  4.   a.   List amount you contribute to your spouse's support:$ _____
27       b.   List the persons other than your spouse who are dependent upon you for support
28            and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Wells Fargo
6465 Almaden Expw, San Jose CA 95120

Present balance(s): $ 150

Do you own any cash? Yes ✓ No ___ Amount: $ 100

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_____

8. What are your monthly expenses?

Rent: $ ____ Utilities: ____

Food: $ 500 Clothing: ____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)
Student loans $200k+ and interest

- 3 -

1  _____

2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ____   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  2 July 2019                                    _____
12         DATE                                              SIGNATURE OF APPLICANT

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28